JUSTICE BLACKMUN, concurring in part and dissenting in part.

I would deny the application in its entirety and therefore dissent from those provisions of the above order which grant injunctive relief.

No. D–904. IN RE DISBARMENT OF ROOT. Disbarment entered. [For earlier order herein, see 496 U. S. 902.]

No. D–913. IN RE DISBARMENT OF WILLIAMS. Disbarment entered. [For earlier order herein, see 497 U. S. 1002.]

No. D–916. IN RE DISBARMENT OF JOHNSTONE. Disbarment entered. [For earlier order herein, see 497 U. S. 1045.]

No. D–947. IN RE DISBARMENT OF PATTISON. It is ordered that Howard A. Pattison, of Athens, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–948. IN RE DISBARMENT OF PERLOW. It is ordered that Howard Leslie Perlow, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–949. IN RE DISBARMENT OF WILSON. It is ordered that Jim L. Wilson, of Tifton, Ga., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–950. IN RE DISBARMENT OF BIE. It is ordered that Norman Bie, Jr., of Largo, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–951. IN RE DISBARMENT OF JONES. It is ordered that Grant Paul Jones, of Seattle, Wash., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 109, Orig. OKLAHOMA ET AL. v. NEW MEXICO. Report of the Special Master received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days. Replies thereto, with supporting briefs, may be filed